**B6I (Official Form 6I) (12/07)**

In re  **KYLE ROBERT BORMAN**  Case No.  **2:10-bk-36936**
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **SELF-EMPLOYED** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 32,319.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 32,319.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 32,319.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 32,319.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,100.00 |
|   a. Are real estate taxes included? | Yes ___ | No **X** | |
|   b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 121.00 |
|                b. Water and sewer | | $ | 42.00 |
|                c. Telephone | | $ | 0.00 |
|                d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 174.00 |
| 4. Food | | $ | 485.00 |
| 5. Clothing | | $ | 30.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 15.00 |
| 8. Transportation (not including car payments) | | $ | 179.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 146.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|        a. Homeowner's or renter's | | $ | 0.00 |
|        b. Life | | $ | 0.00 |
|        c. Health | | $ | 129.00 |
|        d. Auto | | $ | 125.00 |
|        e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|     (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|        a. Auto | | $ | 0.00 |
|        b. Other | | $ | 0.00 |
|        c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 29,412.24 |
| 17. Other | | $ | 0.00 |
|     Other | | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 31,958.24 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 32,319.00 |
| b.   Average monthly expenses from Line 18 above | $ | 31,958.24 |
| c.   Monthly net income (a. minus b.) | $ | 360.76 |

# MONTHLY BUSINESS OPERATING STATEMENT

*[handwritten at top: Totally Studios Coach Leasing, LLC]*

Case No: _____ Debtor(s) Name: _____ Date Prepared: _____

Receipts and Disbursement for Month Ended __June 2010__ [A]

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| [B] 1 | Gross Sales | $ 172,926.53 |
| [C] 2 | Less Cost of Goods Sold | $ 113,530.42 |
| 3 | Gross Profit from Sales (subtract line 2 from line 1) | $ 59,396.11 |
| 4 | Add Other Income | $ |
| 5 | Gross Income (add lines 3 and 4) (A) | $ 59,396.11 |
| **Business Costs and Expenses:** (Do not list Chapter 13 Plan payment) | | |
| [D] 6 | Business Real Property Rent/Lease | $ |
| [E] 7 | Business Real Property Utilities | $ 706.96 |
| [F] 8 | Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ |
| [G] 9 | Employee Benefits | $ |
| [H] 10 | Payroll Tax Deposits | $ |
| 11 | Sales Tax Deposits | $ |
| [I] 12 | Other Tax Deposits | $ |
| [J] 13 | Auto Expense | $ 188.27 |
| 14 | Repairs/Maintenance | $ 13,120.10 |
| [K] 15 | Insurance on Business (Fire, Theft, Liability, etc.) | $ 4,200.00 |
| 16 | Workman's Compensation Insurance | $ |
| 17 | Supplies (not included on line 2 above) | $ 522.27 |
| 18 | Telephone/Internet | $ 849.97 |
| 19 | Advertising/Promotion | $ |
| [L] 20 | Travel/Entertainment | $ 1,733.65 + 213.78 |
| [M] 21 | Professional Fees Paid (Attorney, Accountant, etc.) | $ 1,518.30 |
| 22 | Other Costs/Expense | $ 16,435.32 |
| 23 | Total Business Costs and Expenses for Month (B) | $ 39,488.62 |
| 24 | Net Income (Loss) for Month (A minus B) | $ 19,907.49 |
| [N] | Total Funds On Hand/In Bank At End Of Month | $ 37.26 |
| [O] | Total Inventory On Hand At End Of Month | $ 0 |
| [P] | Total Accounts Receivable (Collectible) At End Of Month | $ 0 |
| [Q] | Total Accounts Payable At End Of Month | $ 0 |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____ Date: _____

_____ Date: _____

Form B-6 (12/2000)         *Instruction on Reverse Side*

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____  Debtor(s) Name: _____  Date Prepared: _____

Receipts and Disbursement for Month Ended __July 2010__ [A]

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| [B] 1 Gross Sales | | $ 101,711.08 |
| [C] 2 Less Cost of Goods Sold | | $ 49,116.08 |
| 3 Gross Profit from Sales (subtract line 2 from line 1) | | $ 52,595.00 |
| 4 Add Other Income | | $ |
| 5 Gross Income (add lines 3 and 4) | (A) | $ 52,595.00 |

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)

| | | |
|---|---|---|
| [D] 6 Business Real Property Rent/Lease | | $ |
| [E] 7 Business Real Property Utilities | | $ 1,697.76 |
| [F] 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | | $ |
| [G] 9 Employee Benefits | | $ |
| [H] 10 Payroll Tax Deposits | | $ |
| 11 Sales Tax Deposits | | $ |
| [I] 12 Other Tax Deposits | | $ |
| [J] 13 Auto Expense | | $ 355.86 |
| 14 Repairs/Maintenance | | $ 18,435.58 |
| [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) | | $ 2,092.00 |
| 16 Workman's Compensation Insurance | | $ |
| 17 Supplies (not included on line 2 above) | | $ 1,022.17 |
| 18 Telephone/Internet | | $ 135.33 |
| 19 Advertising/Promotion | | $ |
| [L] 20 Travel/Entertainment | | $ 570.83 |
| [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) | | $ 2,500.00 |
| 22 Other Costs/Expense | | $ 29,238.00 |
| 23 Total Business Costs and Expenses for Month | (B) | $ 55,047.53 |
| 24 Net Income (Loss) for Month (A minus B) | | $ -2,452.53 |

| | | |
|---|---|---|
| [N] Total Funds On Hand/In Bank At End Of Month | | $ 9,582.22 |
| [O] Total Inventory On Hand At End Of Month | | $ 0 |
| [P] Total Accounts Receivable (Collectible) At End Of Month | | $ 0 |
| [Q] Total Accounts Payable At End Of Month | | $ 0 |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____  Date: _____

_____  Date: _____

Form B-6 (12/2000)                                Instruction on Reverse Side

Braur Studios Coach Leasing, LLC

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____ Debtor(s) Name: _____ Date Prepared: _____

Receipts and Disbursement for Month Ended **Aug. 2010** (A)

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| B | 1 Gross Sales | $ 83,455.35 |
| C | 2 Less Cost of Goods Sold | $ 22,336.69 |
| | 3 Gross Profit from Sales (subtract line 2 from line 1) | $ 61,118.66 |
| | 4 Add Other Income | $ |
| | 5 Gross Income (add lines 3 and 4) (A) | $ 61,118.66 |

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)

| | | |
|---|---|---|
| D | 6 Business Real Property Rent/Lease | $ 1,400.00 |
| E | 7 Business Real Property Utilities | $ 882.10 |
| F | 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ |
| G | 9 Employee Benefits | $ |
| H | 10 Payroll Tax Deposits | $ |
| | 11 Sales Tax Deposits | $ |
| I | 12 Other Tax Deposits | $ |
| J | 13 Auto Expense | $ 597.89 |
| | 14 Repairs/Maintenance | $ 16,756.83 |
| K | 15 Insurance on Business (Fire, Theft, Liability, etc.) | $ |
| | 16 Workman's Compensation Insurance | $ |
| | 17 Supplies (not included on line 2 above) | $ 2,199.05 |
| | 18 Telephone/Internet | $ 1,29.71 |
| | 19 Advertising/Promotion | $ 2,275.89 |
| L | 20 Travel/Entertainment | $ 136.96 |
| M | 21 Professional Fees Paid (Attorney, Accountant, etc.) | $ |
| | 22 Other Costs/Expense | $ 25,679.12 |
| | 23 Total Business Costs and Expenses for Month (B) | $ 51,147.55 |
| | 24 Net Income (Loss) for Month (A minus B) | $ 9,971.11 |
| N | Total Funds On Hand/In Bank At End Of Month | $ 12,908.62 |
| O | Total Inventory On Hand At End Of Month | $ 0 |
| P | Total Accounts Receivable (Collectible) At End Of Month | $ 0 |
| Q | Total Accounts Payable At End Of Month | $ 0 |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____ Date: _____

_____ Date: _____

Form B-6 (12/2000)      *Instruction on Reverse Side*

Brauer Studios Coach Leasing, LLC
## MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____ Debtor(s) Name: _____ Date Prepared: _____

Receipts and Disbursement for Month Ended  Sept. 2010  [A]

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| [B] 1 | Gross Sales | $ 126,485.34 |
| [C] 2 | Less Cost of Goods Sold | $ 42,918.98 |
| 3 | Gross Profit from Sales (subtract line 2 from line 1) | $ 83,566.36 |
| 4 | Add Other Income | $ |
| 5 | Gross Income (add lines 3 and 4) (A) | $ 83,566.36 |
| **Business Costs and Expenses:** (Do not list Chapter 13 Plan payment) | | |
| [D] 6 | Business Real Property Rent/Lease | $ 1250.00 |
| [E] 7 | Business Real Property Utilities | $ 738.73 |
| [F] 8 | Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ |
| [G] 9 | Employee Benefits | $ |
| [H] 10 | Payroll Tax Deposits | $ |
| 11 | Sales Tax Deposits | $ |
| [I] 12 | Other Tax Deposits | $ |
| [J] 13 | Auto Expense | $ 625.63 |
| 14 | Repairs/Maintenance | $ 6,152.83 |
| [K] 15 | Insurance on Business (Fire, Theft, Liability, etc.) | $ 2,092.00 |
| 16 | Workman's Compensation Insurance | $ |
| 17 | Supplies (not included on line 2 above) | $ 467.76 |
| 18 | Telephone/Internet | $ 150.50 |
| 19 | Advertising/Promotion | $ |
| [L] 20 | Travel/Entertainment | $ 649.73 |
| [M] 21 | Professional Fees Paid (Attorney, Accountant, etc.) | $ |
| 22 | Other Costs/Expense | $ ~~00000.00~~ 25,979.32 |
| 23 | Total Business Costs and Expenses for Month (B) | $ ~~29,999.50~~ 38,106.50 |
| 24 | Net Income (Loss) for Month (A minus B) | $ 45,459.86 |

[N] Total Funds On Hand/In Bank At End Of Month  $ 8,432.22

[O] Total Inventory On Hand At End Of Month  $ 0

[P] Total Accounts Receivable (Collectible) At End Of Month  $ 0

[Q] Total Accounts Payable At End Of Month  $ 0

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____ Date: _____

_____ Date: _____

Form B-6 (12/2000)          Instruction on Reverse Side

Isauur Studios Coach Lansing, LLC (handwritten)

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____   Debtor(s) Name: _____   Date Prepared: _____

Receipts and Disbursement for Month Ended  Oct. 2010  [A]

**Amount for Month**

**Gross Receipts:**
- [B] 1 Gross Sales ............................................ $ 48,578.34
- [C] 2 Less Cost of Goods Sold ............................. $ 43,326.00
- 3 Gross Profit from Sales (subtract line 2 from line 1) ... $ 5,252.34
- 4 Add Other Income ....................................... $
- 5 Gross Income (add lines 3 and 4) ............... (A) $ 5,252.34

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)
- [D] 6 Business Real Property Rent/Lease ................. $
- [E] 7 Business Real Property Utilities .................... $ 887.35
- [F] 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) ... $
- [G] 9 Employee Benefits .................................... $
- [H] 10 Payroll Tax Deposits ................................ $
- 11 Sales Tax Deposits ................................... $
- [I] 12 Other Tax Deposits .................................. $
- [J] 13 Auto Expense ........................................ $ 460.60
- 14 Repairs/Maintenance .................................. $ 16,696.51
- [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) .. $ 2,592.00
- 16 Workman's Compensation Insurance ................... $
- 17 Supplies (not included on line 2 above) ............... $ 144.89
- 18 Telephone/Internet .................................... $ 360.42
- 19 Advertising/Promotion ................................. $
- [L] 20 Travel/Entertainment ................................ $ 64.05
- [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) .. $ 500.00
- 22 Other Costs/Expense .................................. $ 24,079.38
- 23 Total Business Costs and Expenses for Month ... (B) $ 45,791.23

24 Net Income (Loss) for Month (A minus B) ............ $ -40,538.89

- [N] Total Funds On Hand/In Bank At End Of Month ......... $
- [O] Total Inventory On Hand At End Of Month ............. $
- [P] Total Accounts Receivable (Collectible) At End Of Month ... $
- [Q] Total Accounts Payable At End Of Month .............. $

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____ Date: _____

_____ Date: _____

Form B-6 (12/2000)    Instruction on Reverse Side

# MONTHLY BUSINESS OPERATING STATEMENT

KJC Entertainment, LLC *(handwritten at top)*

Case No: _____ Debtor(s) Name: _____ Date Prepared: _____

Receipts and Disbursement for Month Ended __May 2010__ [A]

**Amount for Month**

**Gross Receipts:**
- [B] 1 Gross Sales ........... $ 5,978.76
- [C] 2 Less Cost of Goods Sold ........... $ 996.95
- 3 Gross Profit from Sales (subtract line 2 from line 1) ........... $ 4,981.81
- 4 Add Other Income ... Interest ........... $ 1.01
- 5 Gross Income (add lines 3 and 4) ........... (A) $ 4,982.82

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)
- [D] 6 Business Real Property Rent/Lease ........... $ 500.00
- [E] 7 Business Real Property Utilities ........... $
- [F] 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) ........... $
- [G] 9 Employee Benefits ........... $
- [H] 10 Payroll Tax Deposits ........... $
- 11 Sales Tax Deposits ........... $
- [I] 12 Other Tax Deposits ........... $
- [J] 13 Auto Expense ........... $
- 14 Repairs/Maintenance ........... $
- [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) ........... $
- 16 Workman's Compensation Insurance ........... $
- 17 Supplies (not included on line 2 above) ........... $ 183.96
- 18 Telephone/Internet ........... $ 414.73
- 19 Advertising/Promotion ........... $ 200.00
- [L] 20 Travel/Entertainment ........... $
- [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) ........... $
- 22 Other Costs/Expense ........... $ 1502.00
- 23 Total Business Costs and Expenses for Month ........... (B) $ 2800.69

- 24 Net Income (Loss) for Month (A minus B) ........... $ 2,182.13

- [N] Total Funds On Hand/In Bank At End Of Month ........... $ 16,706.05
- [O] Total Inventory On Hand At End Of Month ........... $ 0
- [P] Total Accounts Receivable (Collectible) At End Of Month ........... $ 0
- [Q] Total Accounts Payable At End Of Month ........... $ 0

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____ Date: _____

_____ Date: _____

Form B-6 (12/2000)    Instruction on Reverse Side

Case No: _____ Debtor(s) Name: _____ Date Prepared: _____

Receipts and Disbursement for Month Ended June 2010 [A]

K+Z Entertainment.

**Amount for Month**

**Gross Receipts:**
- [B] 1 Gross Sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 12,553.94
- [C] 2 Less Cost of Goods Sold . . . . . . . . . . . . . . . . . . . . . . . . $ 8,115.82
- 3 Gross Profit from Sales (subtract line 2 from line 1) . . . . . . $ 4438.12
- 4 Add Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
- 5 Gross Income (add lines 3 and 4) . . . . . . . . . . . . . . . (A) $ 4438.12

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)
- [D] 6 Business Real Property Rent/Lease . . . . . . . . . . . . . . . . $ 500.00
- [E] 7 Business Real Property Utilities . . . . . . . . . . . . . . . . . . . $
- [F] 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) . . . $
- [G] 9 Employee Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
- [H] 10 Payroll Tax Deposits . . . . . . . . . . . . . . . . . . . . . . . . . . $
- 11 Sales Tax Deposits . . . . . . . . . . . . . . . . . . . . . . . . . . . $
- [I] 12 Other Tax Deposits . . . . . . . . . . . . . . . . . . . . . . . . . . . $
- [J] 13 Auto Expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
- 14 Repairs/Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . $
- [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) . . . . . $
- 16 Workman's Compensation Insurance . . . . . . . . . . . . . $
- 17 Supplies (not included on line 2 above) . . . . . . . . . . . . $ 285.10
- 18 Telephone/Internet . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 930.99
- 19 Advertising/Promotion . . . . . . . . . . . . . . . . . . . . . . . . $ 300.00
- [L] 20 Travel/Entertainment . . . . . . . . . . . . . . . . . . . . . . . . . . $
- [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) . . . $
- 22 Other Costs/Expense . . . . . . . . . . . . . . . . . . . . . . . . . $ 311.95
- 23 Total Business Costs and Expenses for Month . . . . (B) $ 2,228.54

24 Net Income (Loss) for Month (A minus B) . . . . . . . . . . . . . . $ 2209.28

- [N] Total Funds On Hand/In Bank At End Of Month . . . . . . . . . $ 23,231.33
- [O] Total Inventory On Hand At End Of Month . . . . . . . . . . . . . $ 0
- [P] Total Accounts Receivable (Collectible) At End Of Month . . $ 0
- [Q] Total Accounts Payable At End Of Month . . . . . . . . . . . . . $ 0

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____ Date: _____

_____ Date: _____

Form B-6 (12/2000)                    *Instruction on Reverse Side*

K+C Entertainment LLC
# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____ Debtor(s) Name: _____ Date Prepared: _____

Receipts and Disbursement for Month Ended  July 2010  [A]

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| [B] 1 | Gross Sales | $ 10,550.65 |
| [C] 2 | Less Cost of Goods Sold | $ 15,131.52 |
| 3 | Gross Profit from Sales (subtract line 2 from line 1) | $ -4550.87 |
| 4 | Add Other Income | $ |
| 5 | Gross Income (add lines 3 and 4) (A) | $ -4550.87 |
| **Business Costs and Expenses:** (Do not list Chapter 13 Plan payment) | | |
| [D] 6 | Business Real Property Rent/Lease | $ 500.00 |
| [E] 7 | Business Real Property Utilities | $ |
| [F] 8 | Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ |
| [G] 9 | Employee Benefits | $ |
| [H] 10 | Payroll Tax Deposits | $ |
| 11 | Sales Tax Deposits | $ |
| [I] 12 | Other Tax Deposits | $ |
| [J] 13 | Auto Expense | $ |
| 14 | Repairs/Maintenance | $ |
| [K] 15 | Insurance on Business (Fire, Theft, Liability, etc.) | $ |
| 16 | Workman's Compensation Insurance | $ |
| 17 | Supplies (not included on line 2 above) | $ 159.97 |
| 18 | Telephone/Internet | $ 147.32 |
| 19 | Advertising/Promotion | $ 432.00 |
| [L] 20 | Travel/Entertainment | $ |
| [M] 21 | Professional Fees Paid (Attorney, Accountant, etc.) | $ |
| 22 | Other Costs/Expense | $ 534 |
| 23 | Total Business Costs and Expenses for Month (B) | $ 1,773.21 |
| 24 | Net Income (Loss) for Month (A minus B) | $ -6324.16 |

[N] Total Funds On Hand/In Bank At End Of Month ... $ 18,806.17

[O] Total Inventory On Hand At End Of Month ... $ 0

[P] Total Accounts Receivable (Collectible) At End Of Month ... $ 0

[Q] Total Accounts Payable At End Of Month ... $ 0

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____ Date: _____

_____ Date: _____

Form B-6 (12/2000)                            Instruction on Reverse Side

# MONTHLY BUSINESS OPERATING STATEMENT

*Kt Z Entertainment, LLC*

Case No: _____  Debtor(s) Name: _____  Date Prepared: _____

Receipts and Disbursement for Month Ended **Aug. 2010** [A]

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| [B] 1 | Gross Sales | $ 20,897.23 |
| [C] 2 | Less Cost of Goods Sold | $ 8,452.42 |
| 3 | Gross Profit from Sales (subtract line 2 from line 1) | $ 12,444.81 |
| 4 | Add Other Income | $ |
| 5 | Gross Income (add lines 3 and 4) (A) | $ 12,444.81 |
| **Business Costs and Expenses:** (Do not list Chapter 13 Plan payment) | | |
| [D] 6 | Business Real Property Rent/Lease | $ 500 |
| [E] 7 | Business Real Property Utilities | $ |
| [F] 8 | Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ |
| [G] 9 | Employee Benefits | $ |
| [H] 10 | Payroll Tax Deposits | $ |
| 11 | Sales Tax Deposits | $ |
| [I] 12 | Other Tax Deposits | $ |
| [J] 13 | Auto Expense | $ |
| 14 | Repairs/Maintenance | $ |
| [K] 15 | Insurance on Business (Fire, Theft, Liability, etc.) | $ |
| 16 | Workman's Compensation Insurance | $ |
| 17 | Supplies (not included on line 2 above) | $ ~~289.61~~ 303.53 |
| 18 | Telephone/Internet | $ ~~136.46~~ 433.06 |
| 19 | Advertising/Promotion | $ 200. |
| [L] 20 | Travel/Entertainment | $ |
| [M] 21 | Professional Fees Paid (Attorney, Accountant, etc.) | $ |
| 22 | Other Costs/Expense | $ 634.00 |
| 23 | Total Business Costs and Expenses for Month (B) | $ 2,010.39 |
| 24 | Net Income (Loss) for Month (A minus B) | $ 10,354.42 |
| [N] | Total Funds On Hand/In Bank At End Of Month | $ 27,520.59 |
| [O] | Total Inventory On Hand At End Of Month | $ 0 |
| [P] | Total Accounts Receivable (Collectible) At End Of Month | $ 0 |
| [Q] | Total Accounts Payable At End Of Month | $ 0 |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____  Date: _____

_____  Date: _____

Form B-6 (12/2000)                Instruction on Reverse Side

K+C Entertainment, LLC
# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____  Debtor(s) Name: _____  Date Prepared: _____

Receipts and Disbursement for Month Ended **Sept. 2010** [A]

**Amount for Month**

**Gross Receipts:**
- [B] 1 Gross Sales .................................................. $ 7325.17
- [C] 2 Less Cost of Goods Sold ............................. $ 8649.29
- 3 Gross Profit from Sales (subtract line 2 from line 1) .. $ -1324.12
- 4 Add Other Income ........................................... $
- 5 Gross Income (add lines 3 and 4) .............. (A) $ -1324.12

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)
- [D] 6 Business Real Property Rent/Lease .......... $ 50.00
- [E] 7 Business Real Property Utilities ................ $
- [F] 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) .. $
- [G] 9 Employee Benefits .................................... $
- [H] 10 Payroll Tax Deposits ................................ $
- 11 Sales Tax Deposits .................................. $
- [I] 12 Other Tax Deposits .................................. $
- [J] 13 Auto Expense .......................................... $
- 14 Repairs/Maintenance ............................... $
- [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) .. $
- 16 Workman's Compensation Insurance ....... $
- 17 Supplies (not included on line 2 above) ... $ 169.31
- 18 Telephone/Internet .................................. $ 376.87
- 19 Advertising/Promotion ............................. $ 596.49
- [L] 20 Travel/Entertainment ................................ $
- [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) .. $
- 22 Other Costs/Expense ............................... $ 473.00
- 23 Total Business Costs and Expenses for Month .. (B) $
- 24 Net Income (Loss) for Month (A minus B) .... $ 2065.88  -3389.71

- [N] Total Funds On Hand/In Bank At End Of Month .... $ 29,167.47
- [O] Total Inventory On Hand At End Of Month .......... $ 0
- [P] Total Accounts Receivable (Collectible) At End Of Month .... $ 0
- [Q] Total Accounts Payable At End Of Month .......... $ 0

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____  Date: _____

_____  Date: _____

Form B-6 (12/2000)  *Instruction on Reverse Side*

**K+C Entertainment LLC**

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____ Debtor(s) Name: _____ Date Prepared: _____

Receipts and Disbursement for Month Ended  Oct. 2010  [A]

| | Amount for Month |
|---|---|
| **Gross Receipts:** | |
| [B] 1 Gross Sales | $ 5714.87 |
| [C] 2 Less Cost of Goods Sold | $ 5272.41 |
| 3 Gross Profit from Sales (subtract line 2 from line 1) | $ 522.46 |
| 4 Add Other Income | $ |
| 5 Gross Income (add lines 3 and 4) (A) | $ 522.46 |
| **Business Costs and Expenses:** (Do not list Chapter 13 Plan payment) | |
| [D] 6 Business Real Property Rent/Lease | $ 500 |
| [E] 7 Business Real Property Utilities | $ |
| [F] 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ |
| [G] 9 Employee Benefits | $ |
| [H] 10 Payroll Tax Deposits | $ |
| 11 Sales Tax Deposits | $ |
| [I] 12 Other Tax Deposits | $ |
| [J] 13 Auto Expense | $ |
| 14 Repairs/Maintenance | $ |
| [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) | $ |
| 16 Workman's Compensation Insurance | $ |
| 17 Supplies (not included on line 2 above) | $ 10.14 |
| 18 Telephone/Internet | $ 377.14 |
| 19 Advertising/Promotion | $ 963.17 |
| [L] 20 Travel/Entertainment | $ |
| [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) | $ |
| 22 Other Costs/Expense | $ 433 |
| 23 Total Business Costs and Expenses for Month (B) | $ |
| 24 Net Income (Loss) for Month (A minus B) | $ -1749.99 |
| [N] Total Funds On Hand/In Bank At End Of Month | $ 27,565.48 |
| [O] Total Inventory On Hand At End Of Month | $ 0 |
| [P] Total Accounts Receivable (Collectible) At End Of Month | $ 0 |
| [Q] Total Accounts Payable At End Of Month | $ 0 |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____ Date: _____

_____ Date: _____

Form B-6 (12/2000)  *Instruction on Reverse Side*

*Bordur Studios May 2010*

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____   Debtor(s) Name: _____   Date Prepared: _____

Receipts and Disbursement for Month Ended **May 2010** [A]

**Amount for Month**

**Gross Receipts:**
- [B] 1 Gross Sales .................................................. $ 5,575.00
- [C] 2 Less Cost of Goods Sold .................................... $ _____
- 3 Gross Profit from Sales (subtract line 2 from line 1) ........ $ _____
- 4 Add Other Income ............................................. $ _____
- 5 Gross Income (add lines 3 and 4) ........................ (A) $ 5,575.00

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)
- [D] 6 Business Real Property Rent/Lease ........................ $ 3,239.94
- [E] 7 Business Real Property Utilities ......................... $ 584.09
- [F] 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) ... $ 500.00
- [G] 9 Employee Benefits ........................................ $ _____
- [H] 10 Payroll Tax Deposits .................................... $ _____
- 11 Sales Tax Deposits ......................................... $ _____
- [I] 12 Other Tax Deposits ...................................... $ _____
- [J] 13 Auto Expense ............................................ $ _____
- 14 Repairs/Maintenance ........................................ $ _____
- [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) .... $ 148.42
- 16 Workman's Compensation Insurance ........................... $ _____
- 17 Supplies (not included on line 2 above) .................... $ 100.29
- 18 Telephone/Internet ......................................... $ 41.94
- 19 Advertising/Promotion ...................................... $ _____
- [L] 20 Travel/Entertainment .................................... $ _____
- [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) ..... $ _____
- 22 Other Costs/Expense  Bank+Merchant Fees .................... $ 195.95
- 23 Total Business Costs and Expenses for Month ........... (B) $ 4,810.63

- 24 Net Income (Loss) for Month (A minus B) .................... $ 764.29

- [N] Total Funds On Hand/In Bank At End Of Month ................ $ _____
- [O] Total Inventory On Hand At End Of Month .................... $ 0
- [P] Total Accounts Receivable (Collectible) At End Of Month .... $ 0
- [Q] Total Accounts Payable At End Of Month ..................... $ 0

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____   Date: _____

_____   Date: _____

Form B-6 (12/2000)                                  *Instruction on Reverse Side*

*Bordur Studios June 2010*

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____  Debtor(s) Name: _____  Date Prepared: _____

Receipts and Disbursement for Month Ended __June 2010__ [A]

|  | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| [B] 1 | Gross Sales | $ 5,900.00 |
| [C] 2 | Less Cost of Goods Sold | $ |
| 3 | Gross Profit from Sales (subtract line 2 from line 1) | $ |
| 4 | Add Other Income | $ |
| 5 | Gross Income (add lines 3 and 4) (A) | $ 5,900.00 |
| **Business Costs and Expenses:** (Do not list Chapter 13 Plan payment) | | |
| [D] 6 | Business Real Property Rent/Lease | $ 3,239.94 |
| [E] 7 | Business Real Property Utilities | $ 732.23 |
| [F] 8 | Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ 500.00 |
| [G] 9 | Employee Benefits | $ |
| [H] 10 | Payroll Tax Deposits | $ |
| 11 | Sales Tax Deposits | $ |
| [I] 12 | Other Tax Deposits | $ |
| [J] 13 | Auto Expense | $ |
| 14 | Repairs/Maintenance | $ |
| [K] 15 | Insurance on Business (Fire, Theft, Liability, etc.) | $ |
| 16 | Workman's Compensation Insurance | $ |
| 17 | Supplies (not included on line 2 above) | $ |
| 18 | Telephone/Internet | $ |
| 19 | Advertising/Promotion | $ |
| [L] 20 | Travel/Entertainment | $ 483.40 |
| [M] 21 | Professional Fees Paid (Attorney, Accountant, etc.) | $ |
| 22 | Other Costs/Expense  Bank + Merchant Fees | $ 89.39 |
| 23 | Total Business Costs and Expenses for Month (B) | $ 5,044.96 |
| 24 | Net Income (Loss) for Month (A minus B) | $ 855.64 |

[N] Total Funds On Hand/In Bank At End Of Month ... $ _____

[O] Total Inventory On Hand At End Of Month ... $ 0

[P] Total Accounts Receivable (Collectible) At End Of Month ... $ 0

[Q] Total Accounts Payable At End Of Month ... $ 0

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____  Date: _____

_____  Date: _____

Form B-6 (12/2000)  Instruction on Reverse Side

*Bordeur Studios July 2010*

## MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____  Debtor(s) Name: _____  Date Prepared: _____

Receipts and Disbursement for Month Ended __July 2010__ [A]

**Amount for Month**

**Gross Receipts:**
- [B] 1 Gross Sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 4750.00
- [C] 2 Less Cost of Goods Sold . . . . . . . . . . . . . . . . . . . . . . . . $ _____
- 3 Gross Profit from Sales (subtract line 2 from line 1) . . . . . $ _____
- 4 Add Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
- 5 Gross Income (add lines 3 and 4) . . . . . . . . . . . . . . . . . (A) $ 4750.00

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)
- [D] 6 Business Real Property Rent/Lease . . . . . . . . . . . . . . . $ 3,239.94
- [E] 7 Business Real Property Utilities . . . . . . . . . . . . . . . . . . $ 888.55
- [F] 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) . . . $ 500.00
- [G] 9 Employee Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
- [H] 10 Payroll Tax Deposits . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
- 11 Sales Tax Deposits . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
- [I] 12 Other Tax Deposits . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
- [J] 13 Auto Expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
- 14 Repairs/Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . $ 400.00
- [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) . . . . . $ _____
- 16 Workman's Compensation Insurance . . . . . . . . . . . . . . $ _____
- 17 Supplies (not included on line 2 above) . . . . . . . . . . . . $ _____
- 18 Telephone/Internet . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
- 19 Advertising/Promotion . . . . . . . . . . . . . . . . . . . . . . . . $ _____
- [L] 20 Travel/Entertainment . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
- [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) . . . $ _____
- 22 Other Costs/Expense _Bank + Merchant Fees_ . . . . . . . $ 44.95
- 23 Total Business Costs and Expenses for Month . . . . . . (B) $ 5,073.44

- 24 Net Income (Loss) for Month (A minus B) . . . . . . . . . . . . $ (323.44)

- [N] Total Funds On Hand/In Bank At End Of Month . . . . . . . $ _____
- [O] Total Inventory On Hand At End Of Month . . . . . . . . . . $ 0
- [P] Total Accounts Receivable (Collectible) At End Of Month . . . $ 0
- [Q] Total Accounts Payable At End Of Month . . . . . . . . . . . $ 0

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____  Date: _____

_____  Date: _____

Form B-6 (12/2000)                            Instruction on Reverse Side

Bordeur Studios Aug. 2010

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____  Debtor(s) Name: _____  Date Prepared: _____

Receipts and Disbursement for Month Ended  Aug. 2010  [A]

Amount for Month

**Gross Receipts:**
- [B] 1 Gross Sales ........................................... $ 4500.00
- [C] 2 Less Cost of Goods Sold ............................... $ _____
-     3 Gross Profit from Sales (subtract line 2 from line 1) .. $ _____
-     4 Add Other Income .. Refund from Merchant Warehouse ..... $ 98.85
-     5 Gross Income (add lines 3 and 4) ............. (A) $ 4598.85

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)
- [D] 6 Business Real Property Rent/Lease ................ $ 3,192.56
- [E] 7 Business Real Property Utilities .................. $ 1,086.52
- [F] 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) ... $ 500.00
- [G] 9 Employee Benefits ................................. $ _____
- [H] 10 Payroll Tax Deposits ............................. $ _____
-      11 Sales Tax Deposits ............................. $ _____
- [I] 12 Other Tax Deposits .............................. $ _____
- [J] 13 Auto Expense .................................... $ _____
-      14 Repairs/Maintenance ............................ $ _____
- [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) ... $ 533.34
-      16 Workman's Compensation Insurance ............... $ _____
-      17 Supplies (not included on line 2 above) ........ $ _____
-      18 Telephone/Internet ............................. $ _____
-      19 Advertising/Promotion .......................... $ _____
- [L] 20 Travel/Entertainment ............................ $ _____
- [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) ... $ _____
-      22 Other Costs/Expense  Bank Service Fee .......... $ 18.00
-      23 Total Business Costs and Expenses for Month ... (B) $ 5,330.42

- 24 Net Income (Loss) for Month (A minus B) ............. $ (731.57)

- [N] Total Funds On Hand/In Bank At End Of Month ......... $ _____
- [O] Total Inventory On Hand At End Of Month ............. $ 0
- [P] Total Accounts Receivable (Collectible) At End Of Month ... $ 0
- [Q] Total Accounts Payable At End Of Month .............. $ 0

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____  Date: _____

_____  Date: _____

Form B-6 (12/2000)  Instruction on Reverse Side

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____ Debtor(s) Name: _____ Date Prepared: _____

Receipts and Disbursement for Month Ended __Sept. 2010__ [A]

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| [B] 1 | Gross Sales | $ 5360.00 |
| [C] 2 | Less Cost of Goods Sold | $ |
| 3 | Gross Profit from Sales (subtract line 2 from line 1) | $ |
| 4 | Add Other Income | $ |
| 5 | Gross Income (add lines 3 and 4) | (A) $ 5360.00 |
| **Business Costs and Expenses:** (Do not list Chapter 13 Plan payment) | | |
| [D] 6 | Business Real Property Rent/Lease | $ 3,246.28 |
| [E] 7 | Business Real Property Utilities | $ 1,047.40 |
| [F] 8 | Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ 500.00 |
| [G] 9 | Employee Benefits | $ |
| [H] 10 | Payroll Tax Deposits | $ |
| 11 | Sales Tax Deposits | $ |
| [I] 12 | Other Tax Deposits | $ |
| [J] 13 | Auto Expense | $ |
| 14 | Repairs/Maintenance | $ |
| [K] 15 | Insurance on Business (Fire, Theft, Liability, etc.) | $ 298.93 |
| 16 | Workman's Compensation Insurance | $ |
| 17 | Supplies (not included on line 2 above) | $ |
| 18 | Telephone/Internet | $ 114.13 |
| 19 | Advertising/Promotion | $ |
| [L] 20 | Travel/Entertainment | $ |
| [M] 21 | Professional Fees Paid (Attorney, Accountant, etc.) | $ 50.00 |
| 22 | Other Costs/Expense | $ 274.95 |
| 23 | Total Business Costs and Expenses for Month | (B) $ 5,531.69 |
| 24 | Net Income (Loss) for Month (A minus B) | $ (171.69) |
| [N] | Total Funds On Hand/In Bank At End Of Month | $ |
| [O] | Total Inventory On Hand At End Of Month | $ 0 |
| [P] | Total Accounts Receivable (Collectible) At End Of Month | $ 0 |
| [Q] | Total Accounts Payable At End Of Month | $ 0 |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____ Date: _____

_____ Date: _____

Form B-6 (12/2000)      *Instruction on Reverse Side*

Bordour Studios Unit 3010

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____   Debtor(s) Name: _____   Date Prepared: _____

Receipts and Disbursement for Month Ended Oct. 2010 [A]

**Amount for Month**

**Gross Receipts:**
- [B] 1 Gross Sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 5,685.00
- [C] 2 Less Cost of Goods Sold . . . . . . . . . . . . . . . . . . $ _____
- 3 Gross Profit from Sales (subtract line 2 from line 1) . . . $ _____
- 4 Add Other Income  Refund from Merchant Warehouse  $ 32.95
- 5 Gross Income (add lines 3 and 4) . . . . . . . . . . . . . (A) $ 5,717.95

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)
- [D] 6 Business Real Property Rent/Lease . . . . . . . . . $ 3,246.28
- [E] 7 Business Real Property Utilities . . . . . . . . . . . . $ 688.19
- [F] 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) . . . $ 500.00
- [G] 9 Employee Benefits . . . . . . . . . . . . . . . . . . . . . $ _____
- [H] 10 Payroll Tax Deposits . . . . . . . . . . . . . . . . . . . $ _____
- 11 Sales Tax Deposits . . . . . . . . . . . . . . . . . . . . $ _____
- [I] 12 Other Tax Deposits . . . . . . . . . . . . . . . . . . . $ _____
- [J] 13 Auto Expense . . . . . . . . . . . . . . . . . . . . . . . $ _____
- 14 Repairs/Maintenance . . . . . . . . . . . . . . . . . . $ _____
- [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) . . . $ 355.56
- 16 Workman's Compensation Insurance . . . . . . . $ _____
- 17 Supplies (not included on line 2 above) . . . . . . $ _____
- 18 Telephone/Internet . . . . . . . . . . . . . . . . . . . . $ _____
- 19 Advertising/Promotion . . . . . . . . . . . . . . . . . $ _____
- [L] 20 Travel/Entertainment . . . . . . . . . . . . . . . . . . $ _____
- [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) . . . $ _____
- 22 Other Costs/Expense  Bank Fee + Credit Cards  $ 1,018.00
- 23 Total Business Costs and Expenses for Month . . . (B) $ 5,808.03

24 Net Income (Loss) for Month (A minus B) . . . . . . . . . $ (90.08)

- [N] Total Funds On Hand/In Bank At End Of Month . . . . $ _____
- [O] Total Inventory On Hand At End Of Month . . . . . . . $ 0
- [P] Total Accounts Receivable (Collectible) At End Of Month . . . $ 975.00
- [Q] Total Accounts Payable At End Of Month . . . . . . . $ 1,000.00

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____   Date: _____

_____   Date: _____

Form B-6 (12/2000)   Instruction on Reverse Side

Duraur Studios Coach Leasing, LLC

## MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____  Debtor(s) Name: _____  Date Prepared: _____

Receipts and Disbursement for Month Ended **May 2010** [A]

**Amount for Month**

**Gross Receipts:**
- [B] 1 Gross Sales .................................................. $ 86,692.76
- [C] 2 Less Cost of Goods Sold ............................... $ ~~37,545.76~~ 40,526.87
- 3 Gross Profit from Sales (subtract line 2 from line 1) ... $ 46,165.94
- 4 Add Other Income ......................................... $ _____
- 5 Gross Income (add lines 3 and 4) .............. (A) $ 46,165.94

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)
- [D] 6 Business Real Property Rent/Lease ............ $ 3154.88
- [E] 7 Business Real Property Utilities ................. $ 450.22
- [F] 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) ... $ _____
- [G] 9 Employee Benefits ................................... $ _____
- [H] 10 Payroll Tax Deposits ................................ $ _____
- 11 Sales Tax Deposits ................................... $ _____
- [I] 12 Other Tax Deposits ................................. $ _____
- [J] 13 Auto Expense ........................................ $ 334.57
- 14 Repairs/Maintenance ............................... $ 25,026.82 + 2054.25
- [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) ... $ _____
- 16 Workman's Compensation Insurance ........ $ _____
- 17 Supplies (not included on line 2 above) ....... $ 67.21
- 18 Telephone/Internet ................................... $ 461.81
- 19 Advertising/Promotion .............................. $ 141.51
- [L] 20 Travel/Entertainment ................................ $ 645.74 + 862.71
- [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) ... $ 3741.17
- 22 Other Costs/Expense ................................ $ 10,044.44
- 23 Total Business Costs and Expenses for Month .... (B) $ 46,955.34

- 24 Net Income (Loss) for Month (A minus B) ............ $ -787.40

- [N] Total Funds On Hand/In Bank At End Of Month ........ $ 8,323.14
- [O] Total Inventory On Hand At End Of Month ............. $ 0
- [P] Total Accounts Receivable (Collectible) At End Of Month ... $ 0
- [Q] Total Accounts Payable At End Of Month .............. $ 0

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____  Date: _____

_____  Date: _____

Form B-6 (12/2000)  Instruction on Reverse Side